UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUSSELL ROGERS,

    Plaintiff,

v.                                                        CASE NO: 8:07-cv-1705-T-26EAJ

GRADY JUDD, in his official capacity as Sheriff
for Polk County, Florida, PATRICK RENNEY,
SANDRA BARRETT, and RONALD ODOSKI,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that Defendants' Motion to Dismiss (Dkt. 14) is granted in part and denied in part.

Counts II, VIII, and XIV are dismissed with prejudice under the authority of Busby v. City of Orlando, 931 F.2d 764, 776 (11th Cir. 1991), in which the Eleventh Circuit held that "[b]ecause suits against a municipal officer sued in his official capacity and direct suits against municipalities are functionally equivalent, there no longer exists a need to bring official-capacity actions against local government officials, because local government units can be sued directly (provided, of course, that the public entity receives notice and an opportunity to respond)." Counts I, VII, and XIII shall be allowed to stand with the exception that all allegations relating to violations of the Fourth and Fourteenth Amendments are stricken from the common allegations of the complaint and those specific counts.  Finally, the Court determines that counts XX, XXI,

XXII, XXIII, XXIV, and XXV contain "enough facts to state a claim to relief that is plausible on its face." Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1974 (2007).

Plaintiff shall file an amended complaint consistent with these ruling, which may include a claim pursuant to 42 U.S.C. section 1983 against the governmental unit employing the individual Defendants, within ten (10) days of this order. Defendants shall file their responses within ten (10) days of receipt of the amended complaint.

**DONE AND ORDERED** at Tampa, Florida, on March 3, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record