**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RUSSELL ROGERS,

    Plaintiff,

v.                                                          CASE NO: 8:07-cv-1705-T-26EAJ

GRADY JUDD in his official capacity as Sheriff
for Polk County, Florida, PATRICK RENNEY,
SANDRA BARRETT, and RONALD ODOSKI,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the well-pleaded allegations of the complaint which this Court must accept as true at this juncture of the proceedings, it is ordered and adjudged that Defendant Grady Judd's Motion to Dismiss Counts II, VIII, and XIV of the Second Amended Complaint (Dkt. 21) is denied.  In the Court's view, the complaint, when measured against the liberal notice pleading requirements of Rule 8(a), Federal Rules of Civil Procedure, contains enough facts to state a claim for relief that is plausible on its face with regard to Monell[1] liability.  See Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1974 (2007); Leatherman v. Tarrant Cty. Narcotics Intelligence and Coordination Unit, 507 U.S. 163, 164, 113 S.Ct. 1160, 1161, 122 L.Ed.2d 517 (1993) (holding that "heightened pleading standard" may not be applied by a federal court in

---

[1] See Monell v. New York City Dep't of Social Serv., 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978).

civil cases asserting municipal liability under 42 U.S.C. § 1983; instead, court is governed by the usual pleading requirements of Rule 8(a)); Swann v. Southern Health Partners, Inc., 388 F.2d 837, 838 (11th Cir. 2004) (determining that Leatherman overturned prior Eleventh Circuit decisions requiring a heightened pleading standard in § 1983 actions against municipal entities that cannot raise the defense of qualified immunity). As observed in Leatherman, until Rule 8 is amended, "federal courts and litigants must rely on summary judgment and control of discovery to weed out unmeritorious claims sooner rather than later." 507 U.S. at 168-169, 113 S.Ct. at 1163. Defendant Judd shall file his answer and defenses to counts II, VIII, and XIV within ten (10) days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on March 12, 2008.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record