UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUSSELL ROGERS,

    Plaintiff,

v.                                                              CASE NO: 8:07-cv-1705-T-26EAJ

GRADY JUDD, PATRICK BENNEY,
SANDRA BARRETT, and RONALD ODOSKI,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motions in Limine (Dkts. 58, 59, and 60) are denied without prejudice. This Court looks with disfavor on motions in limine which address evidentiary issues more appropriately raised at trial when the Court is in a better position to evaluate the merits of such issues within the context of the entire case and the parties' theories of prosecution and defense. The parties shall address all disputed evidentiary issues in their trial briefs.

It is also ordered and adjudged that Plaintiff's Motion to Compel (Dkt. 56) and Motion to Compel Video Deposition for Use at Trial (Dkt. 57) are denied because they were filed long past the expiration of the discovery deadline of October 31, 2008, fixed in this Court's Case Management and Scheduling Order entered April 17, 2008, at docket 25.

**DONE AND ORDERED** at Tampa, Florida, on February 26, 2009.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record