# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUSSELL ROGERS,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-1705-T-26EAJ

GRADY JUDD, in his official capacity as
Sheriff of Polk County, Florida, PATRICK
RENNEY, SANDRA BARRETT, and
RONALD ODOSKI,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of the parties' written submissions and oral argument, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) Dr. Skigen's Emergency Motion to Quash Subpoena (Dkt. 89) is denied.

2) Dr. Skigen's Motion to Modify Subpoena (Dkt. 89) is granted.

3) Dr. Skigen shall appear before the Court on Tuesday, April 7, 2009, to give testimony in this case.

4) Plaintiff's counsel shall pay to Dr. Skigen the total sum of $2,500.00 to compensate him for his testimony, which sum shall be paid to Dr. Skigen immediately prior to his testimony.

**DONE AND ORDERED** at Tampa, Florida, on April 3, 2009.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record